461 A.2d 871

Tutka, et al., Appellants v. 7–Up Bottling Company.

Petition for Allowance of Appeal Denied Sept. 23, 1983.

Argued November 3, 1982. Ralph M. Russo, for appellants; Anthony A. Witlin, for appellee.

Before CAVANAUGH, ROWLEY and VAN der VOORT, JJ.

Order affirmed.